# Index of Exhibits

**DEFENDANTS ELAINE SIMCHECK, MICHAEL SIMCHECK, AND MEADOWBROOK ACRES INC.'S RESPONSE IN OPPOSITION TO PLAINTIFF ROVER PIPELINE LLC'S MOTION IN LIMINE TO PRECLUDE TESTIMONY FROM ANY SIMCHECK OR MEADOWBROOK WITNESS BASED ON DOCUMENTS NOT DISCLOSED IN THE COURSE OF DISCOVERY, TO EXCLUDE THE EXPERT REPORTS AND TESTIMONY OF AARON HATHAWAY AND DOUGLAS K. HODGE, AND TO PRECLUDE INTRODUCTION OF EVIDENCE NOT DISCLOSED IN THE COURSE OF DISCOVERY (dkt. 880)**

| Exhibit | Description |
|---|---|
| A | Quickbooks Report Summary |
| B | Disk of Quickbooks Data Sent from Rover 2.6.18 |
| C | Douglas Hodge Appraisal Report |
| D | Email to Doug Hodge |
| E | Email to Aaron Hathaway |
| F | Individual Invoices Matched to Quickbooks Data |
| G | Expert Report of Aaron Hathaway |