# Meadowbrook Acres
# Balance Sheet

### As of December 31, 2011

|  | Total |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Bank Accounts** | |
|       Cash | 0.00 |
|       Chase | 8,957.93 |
|       Checking | -40,615.01 |
|     **Total Bank Accounts** | **$ -31,657.08** |
|     **Accounts Receivable** | |
|       Accounts Receivable | 101,204.57 |
|     **Total Accounts Receivable** | **$101,204.57** |
|     **Other Current Assets** | |
|       Advance - MASF,LLC | 130,478.08 |
|       Common Stock Subscribed | 2,000.00 |
|       Escrow | -72.06 |
|       Loan to Meadowbrook Maintenance | 0.00 |
|       Undeposited Funds | 0.00 |
|     **Total Other Current Assets** | **$132,406.02** |
|   **Total Current Assets** | **$201,953.51** |
|   **Fixed Assets** | |
|     Brighton Shop | 0.00 |
|       Accumulated Depreciation | 0.00 |
|     **Total Brighton Shop** | **0.00** |
|     Furniture & Fixtures | 1,841.22 |
|       Depreciation | -1,430.41 |
|     **Total Furniture & Fixtures** | **410.81** |
|     Land | 0.00 |
|     Machinery & Equipment | 560,722.64 |
|       Depreciation | -543,629.17 |
|     **Total Machinery & Equipment** | **17,093.47** |
|     Office Equipment | 3,895.06 |
|       Depreciation | -3,492.34 |
|     **Total Office Equipment** | **402.72** |
|     Vehicles | 277,040.64 |
|       Depreciation | -271,115.13 |
|     **Total Vehicles** | **5,925.51** |
|   **Total Fixed Assets** | **$23,832.51** |
| **TOTAL ASSETS** | **$225,786.02** |
| **LIABILITIES AND EQUITY** | |
|   Liabilities | |